UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    JOHN E KAMINSKI  
    BECKY M KAMINSKI  
    Debtor(s)

Case No. 09-21914

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

    Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1)  The case was filed on 06/16/2009.

2)  The plan was confirmed on 11/19/2009.

3)  The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4)  The trustee filed action to remedy default by the debtor in performance under the plan on 11/30/2010.

5)  The case was converted on 12/09/2010.

6)  Number of months from filing to last payment: 18.

7)  Number of months case was pending: 19.

8)  Total value of assets abandoned by court order: NA.

9)  Total value of assets exempted: $46,300.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $8,474.38 |
| Less amount refunded to debtor | $152.60 |

**NET RECEIPTS:** $8,321.78

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,500.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $451.50 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $3,951.50

Attorney fees paid and disclosed by debtor:     $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| 77TH STREET DEPOT FED CU #2505 | Unsecured | 4,874.00 | 5,870.28 | 5,870.28 | 0.00 | 0.00 |
| 77TH STREET DEPOT FED CU #2505 | Unsecured | NA | 2,140.42 | 2,140.42 | 0.00 | 0.00 |
| AMERICREDIT FINANCIAL | Unsecured | 5,819.00 | NA | NA | 0.00 | 0.00 |
| BANFIELD PET HOSP | Unsecured | 173.00 | NA | NA | 0.00 | 0.00 |
| CACH LLC | Unsecured | 618.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK | Unsecured | 813.00 | NA | NA | 0.00 | 0.00 |
| CERTEGY PAYMENT RECOVERY INC | Unsecured | 718.00 | NA | NA | 0.00 | 0.00 |
| COLLECTION PROFESSIONALS INC | Unsecured | NA | 53.36 | 53.36 | 0.00 | 0.00 |
| COMED LEGAL REVENUE RECOVERY | Unsecured | 9,300.00 | NA | NA | 0.00 | 0.00 |
| CREDIT COLLECTION SERVICES | Unsecured | 369.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT SERVICES | Unsecured | 901.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS DISCOUNT & AUDIT | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| DEPENDON COLLECTION SERVICE | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| DIABETES SELF CARE INC | Unsecured | 162.00 | NA | NA | 0.00 | 0.00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 607.00 | NA | NA | 0.00 | 0.00 |
| FIRST BANK OF DELAWARE | Unsecured | 443.00 | NA | NA | 0.00 | 0.00 |
| GREAT LAKES CONSUMER SERVICES | Unsecured | 658.00 | NA | NA | 0.00 | 0.00 |
| HSBC | Unsecured | 514.00 | NA | NA | 0.00 | 0.00 |
| HSBC MORTGAGE SERVICES | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| IC SYSTEM | Unsecured | 72.00 | NA | NA | 0.00 | 0.00 |
| IC SYSTEM | Unsecured | 72.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS RETINA ASSOC | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS TITLE LOANS | Unsecured | 656.00 | 2,484.25 | 2,484.25 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 3,471.00 | 3,453.44 | 3,453.44 | 1,327.21 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 94.35 | 94.35 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 535.00 | 535.59 | 535.59 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 1,306.00 | NA | NA | 0.00 | 0.00 |
| JOLIET DOCTORS CLINIC SC | Unsecured | 107.00 | NA | NA | 0.00 | 0.00 |
| LEADING EDGE RECOVERY SOLUTIO | Unsecured | 1,318.00 | NA | NA | 0.00 | 0.00 |
| LIGHTHOUSE FINANCIAL GROUP | Secured | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 43.07 |
| MIDLAND CREDIT MGMT | Unsecured | 780.00 | 786.33 | 786.33 | 0.00 | 0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| MIDSTATE COLLECTION | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| MIDSTATE COLLECTION | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| NEW WORLD MEDIA | Unsecured | 276.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 4,355.00 | 4,433.96 | 4,433.96 | 0.00 | 0.00 |
| PARAGON WAY | Unsecured | 1,249.00 | NA | NA | 0.00 | 0.00 |
| PAYDAY LOAN STORE | Unsecured | 714.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | NA | 490.15 | 490.15 | 0.00 | 0.00 |
| RISK MANAGEMENT ALT INC | Unsecured | 239.00 | NA | NA | 0.00 | 0.00 |
| RMCB COLLECTION AGENCY | Unsecured | 618.00 | NA | NA | 0.00 | 0.00 |
| ROUNDUP FUNDING LLC | Unsecured | 617.00 | 617.56 | 617.56 | 0.00 | 0.00 |
| SAGE TELECOM | Unsecured | 141.00 | 141.56 | 141.56 | 0.00 | 0.00 |
| SBC | Unsecured | 634.00 | NA | NA | 0.00 | 0.00 |
| SPRINT NEXTEL | Unsecured | 358.00 | NA | NA | 0.00 | 0.00 |
| T MOBILE | Unsecured | 406.00 | 406.13 | 406.13 | 0.00 | 0.00 |
| TALK AMERICA | Unsecured | 174.00 | NA | NA | 0.00 | 0.00 |
| TCF NATIONAL BANK | Unsecured | 469.00 | NA | NA | 0.00 | 0.00 |
| TRIBUTE GOLD MASTERCARD | Unsecured | 535.00 | NA | NA | 0.00 | 0.00 |
| VCA ANIMAL HOSPITAL | Unsecured | 418.00 | NA | NA | 0.00 | 0.00 |
| WASTE MANAGEMENT | Unsecured | 89.00 | 260.32 | 260.32 | 0.00 | 0.00 |
| WATER RECONDITIONING CO | Unsecured | 640.00 | NA | NA | 0.00 | 0.00 |
| WEST ASSET MANAGEMENT | Unsecured | 634.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $3,000.00 | $3,000.00 | $43.07 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$3,000.00** | **$3,000.00** | **$43.07** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $3,453.44 | $1,327.21 | $0.00 |
| **TOTAL PRIORITY**: | **$3,453.44** | **$1,327.21** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$18,314.26** | **$0.00** | **$0.00** |

UST Form 101-13-FR-S (9/1/2009)

| Disbursements: | |
|---|---|
| Expenses of Administration | $3,951.50 |
| Disbursements to Creditors | $4,370.28 |
| **TOTAL DISBURSEMENTS** : | **$8,321.78** |

    12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 01/07/2011            By: /s/ Glenn Stearns
                                                                  Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**